# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.T., A MINOR, BY CLEMENSTINE SMITH, GUARDIAN**<br><br>v.<br><br>**DELEPLAINE MCDANIEL SCHOOL, ET AL.** | **CIVIL ACTION**<br><br>**NO. 17-4463** |

## ORDER RE: MOTION TO DISMISS

AND NOW, having considered the Motion to Dismiss the Complaint (ECF 2) of Defendants McDaniel School, the School District, and Collier-Bacon, and the response thereto, and for the reasons explained in the foregoing memorandum, it is hereby ORDERED that:

1. Count III of the Complaint is DISMISSED in its entirety, with prejudice;

2. Count IV of the Complaint is DISMISSED as to the McDaniel School, with prejudice, and as to the School District and Collier-Bacon, without prejudice, with leave to amend;

3. Any amendments must be made within fourteen (14) days.

BY THE COURT:

Date: 2/26/18

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\Christina.2017\CT v. Deleplaine (17-4463)\MTD Order_17-4463.docx