# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.T., a Minor, by CLEMENSTINE SMITH, Guardian<br><br>v.<br><br>DELAPLAINE MCDANIEL SCHOOL, et al. | CIVIL ACTION<br><br>NO. 17-4463 |

## ORDER RE: MOTION FOR NEW TRIAL

**AND NOW**, this 13th day of March, 2019, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for a New Trial (ECF 60) is **DENIED**.

**BY THE COURT:**

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 17\17-4463 C.T. v Delaplaine McDanieL Sch\17cv4463 Order re New Trial 03132019.docx